JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IRVING LEONARD JOHNSON, | No. CV 11-00343-SVW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: March 2, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE